THE PEOPLE, ex rel. MARY N. TOWNSHEND, Respondents, *v.* ARTEMUS S. CADY, Clerk of Arrears, Appellant.

(Argued April 14, 1885 ; decided April 21, 1885.)

*D. J. Dean* for appellant.

*John Townshend* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.